No. 82–486. UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 610, AFL–CIO, ET AL. *v.* SCOTT ET AL. C. A. 5th Cir. [Certiorari granted, 459 U. S. 1034.] This case is hereby scheduled for argument on April 26, 1983, in place of No. 82-647, *Kirkpatrick* v. *Christian Homes of Abilene, Inc., et al.*

APRIL 18, 1983

No. 82–6257. FULK ET AL. *v.* MORITZ ET AL. Appeal from D. C. N. D. Ohio. Motion of appellant for leave to proceed *in forma pauperis* granted. Judgment affirmed. JUSTICE STEVENS and JUSTICE O'CONNOR would dismiss the appeal for want of jurisdiction, treat the papers whereon the appeal was taken as a petition for writ of certiorari, and deny certiorari.